IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE


In re INACOM CORP., *et al.*,

| | |
|---|---|
| INACOM CORP., on behalf of all affiliated Debtors, [1] | Civil Action No. 04-565 GMS |
| Plaintiff,<br>v. | Adversary Case No. 02-02480 (PJW)<br>Bankruptcy Case No. 00-2426 (PJW) |
| JKC TECHNOLOGIES, INC. f/k/a TECHNICAL INSIGHTS, INC.,<br><br>Defendant. | |


## NOTICE OF DISMISSAL
## WITH PREJUDICE OF COMPLAINT


**PLEASE TAKE NOTICE** that, pursuant to Rule 41(a) of the Federal Rules of

Civil Procedure, as made applicable hereto by Rule 7041 of the Federal Rules of Bankruptcy

Procedure, plaintiff, InaCom Corp., hereby dismisses with prejudice the *Complaint for*

---

[1]    The Debtors are the following entities:  InaCom Corp.; InaCom Latin America; InaCom Solutions, Inc.; InaCom Communications, Inc.; InaComp Financial Services, Inc.; Perigee Communications, Inc.; Networks, Inc.; Gorham Clark, Inc.; InaCom International, Inc.; InaCom Tennessee, Inc.; InaCom Professional Services, Inc.; Kure Associates, Inc.; Office Products of Minnesota, Inc.; Boston Computer Exchange Corporation; PC Technical Services, Inc.; Vanstar Corporation; Computerland International Development, Inc.; Computerport World Trade, Inc.; Vanstar International Corporation; VST West, Inc.; VST Illinois, Inc.; VSTNC, Inc.; Cland Tex, Inc.; InaCom Government Systems, Inc.; Contract Data, Inc.; Computer Professionals, Inc.; Vanstar Professional Technical Resources, Inc.
42125-003\DOCS_LA:144248.1

*Avoidance and Recovery of Preferential Transfers* in the adversary proceeding versus JKC

Technologies, Inc. f/k/a Technical Insights, Inc., Civil Action No. 04-565 GMS).

Dated:  March 28, 2006                PACHULSKI STANG ZIEHL YOUNG JONES
                                      & WEINTRAUB LLP

                                      _Sandra GO Mc Lamb (BAR NO. 4042)_
                                      Laura Davis Jones (DE Bar No. 2436)
                                      Sandra G. McLamb (DE Bar No. 4283)
                                      919 North Market Street, 17th Floor
                                      P.O. Box 8705
                                      Wilmington, DE  19899-8705 (Courier 19801)
                                      Telephone:  (302) 652-4100
                                      Facsimile:  (302) 652-4400

                                      Andrew W. Caine (Bar No. 110345)
                                      Jeffrey P. Nolan (Bar No. 158923)
                                      10100 Santa Monica Blvd., Suite 1100
                                      Los Angeles, CA  90067
                                      Telephone:  (310) 277-6910
                                      Facsimile:  (310) 201-0760

                                      Counsel for Debtor/Plaintiff