# CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 28 day of March, 2006, I caused a true and correct copy of the following document to be served on the individuals on the attached service list(s) in the manner indicated:

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF COMPLAINT**

_____
James E. O'Neill (DE Bar No. 4042)

**Via First Class Mail**
JCK Technologies, Inc.
Attn: President
Kyrene Corporate Center
9180 South Kyrene Rd., Suite 112
Tempe, AZ 85284


**Via First Class Mail**
Douglas V. Drury (Registered agent for JCK Technologies, Inc. f/k/a Technical Insights, Inc.)
11000 N. Scottsdale Rd., Suite 115
Phoenix, AZ 85254

**Via First Class Mail**
Ron V. Strawn
Strawn Consulting Group, LLC
1834 E. Baseline Road, #202
Tempe, AZ 85283